FILED
2024 Nov-26  AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS C. MARTINSON II, as | ) | |
| personal representative of the estate of | ) | |
| Jeffrey Parker, deceased, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action Number: 5:20-cv-00430-LCB |
| v. | ) | |
| | ) | |
| WILLIAM DARBY, *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

The undersigned counsel for defendant Officer William B. Darby ("Officer Darby") gives notice of their compliance with the Court's recent order and states as follows:

1.    On November 20, 2024, the Court entered an order requiring the undersigned to file a copy of the transcript of Officer Darby's plea to the charge of manslaughter on October 13, 2024. (Doc. 154).

2.    On November 26, 2024, the undersigned fully complied with the Court's order by attaching a true and correct copy of the transcript to this notice as Exhibit A.

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

**Attorneys for defendant Officer William B. Darby**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
        smh@lanierford.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

WILLIAM R. ANDREWS
RICHARD J. RILEY
DAVID T. BROWN
DYLAN P. SCILABRO
**MARSH, RICKARD & BRYAN P.C.**
800 Shades Creek Parkway, Suite 600-D
Birmingham, Alabama 35209
Telephone: (205) 879-1981
Email: rriley@mrblaw.com
     ripandrews@mrblaw.com
     tbrown@mrblaw.com
     dscilabro@mrblaw.com

MARTIN WEINBERG
**LAW OFFICES OF MARTIN WEINBERG**
1275 Center Point Parkway
Birmingham, Alabama 35215
Telephone: (205) 910-3722
Facsimile: 205-413-8717
Email: attorneyweinberg@bellsouth.net

ALLEN L. ANDERSON
PATRICK SEBESTA, II
**F&B LAW FIRM, P.C.**
213 Greene Street NE
Huntsville, Alabama 35801
Telephone: (256) 536-0095
Facsimile: (256) 536-4440
Email: court@fb-pc.com

*S/C. Gregory Burgess*
C. Gregory Burgess