# EXHIBIT A

IN THE TWENTY-THIRD JUDICIAL CIRCUIT OF ALABAMA,
COUNTY OF MADISON

STATE OF ALABAMA,            )
                             )
vs.                          )   CC-18-3238
                             )
WILLIAM DARBY,               )
     Defendant.              )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HEARING BEFORE THE HONORABLE D. ALAN MANN, JUDGE

October 13, 2023
11:00 a.m.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A P P E A R A N C E S

For the State:        MR. TIMOTHY R. GANN
                      Chief Deputy District Attorney
                      100 Northside Square
                      Huntsville, Alabama  35801

For the Defendant:    MR. ROBERT B. TUTEN
                         and
                      MR. NICK LOUGH
                      Attorneys at Law
                      223 East Side Square
                      Huntsville, Alabama  35801


Reported By:          CHRYSTAL PRIVETT
                      Official Court Reporter
                      Twenty-Third Judicial Circuit
                      ACCR No. 331

                      Chrystal Privett, ACCR 331
                        Official Court Reporter

```
 1         THE COURT:  We are here in CC-18-3238, State vs.
 2    William Darby.
 3         Are you Mr. Darby?
 4         THE DEFENDANT:  Yes, sir.
 5         THE COURT:  Sir, you are here before the Court with
 6    your attorneys, Robert Tuten and Nick Lough.  And you where
 7    charged originally in this matter with the offense of
 8    murder.
 9         And it's my understanding the State has a motion.
10         MR. GANN:  Your Honor, yes.  We make a motion to amend
11    the charge from murder to manslaughter.
12         THE COURT:  Do you consent to that amendment?
13         MR. TUTEN:  Yes, Your Honor.
14         MR. LOUGH:  Yes, Your Honor.
15         THE DEFENDANT:  Yes, Your Honor.
16         THE COURT:  All right.  And do you understand what you
17    are charged with now?
18         THE DEFENDANT:  Yes, Your Honor.
19         THE COURT:  Do you understand that this amended charge
20    is a class B felony?
21         THE DEFENDANT:  Yes, Your Honor.
22         THE COURT:  And that the range of punishment for that
23    charge is not less than two nor more than twenty years in
24    the state penitentiary and a fine up to $30,000?
25         THE DEFENDANT:  Yes, Your Honor.
```

```
 1         THE COURT:  Your attorney has given me some documents,
 2    a Plea Agreement and an Explanation of Rights form.  And
 3    these look to have your signature.
 4         Did you sign these?
 5         THE DEFENDANT:  Yes, Your Honor.
 6         THE COURT:  Did you have enough time to go over them
 7    with your lawyers?
 8         THE DEFENDANT:  Yes, Your Honor.
 9         THE COURT:  Have they done everything for you you have
10    asked them to do?
11         THE DEFENDANT:  Yes, Your Honor.
12         THE COURT:  Do you understand that you have a right to
13    plead guilty?
14         THE DEFENDANT:  Yes, Your Honor.
15         THE COURT:  Do you understand you have a right to
16    plead not guilty or not guilty by reason of mental disease
17    or defect?
18         THE DEFENDANT:  Yes, Your Honor.
19         THE COURT:  Do you understand you have a right to a
20    trial by jury?
21         THE DEFENDANT:  Yes, Your Honor.
22         THE COURT:  Do you understand that at that trial you
23    would be present with your lawyer and you could
24    cross-examine the State's witnesses?
25         THE DEFENDANT:  Yes, Your Honor.
```

1    THE COURT: Do you understand you could call witnesses
2    on your own behalf?
3    THE DEFENDANT: Yes, Your Honor.
4    THE COURT: Do you understand you could testify at
5    trial but you couldn't be made to do so if you didn't want
6    to?
7    THE DEFENDANT: Yes, Your Honor.
8    THE COURT: Do you understand the State would have the
9    burden of proof to prove beyond a reasonable doubt to the
10   jury all of the elements of this charge before they could
11   find you guilty?
12   THE DEFENDANT: Yes, Your Honor.
13   THE COURT: And if they failed to prove any element of
14   this charge, they would have to find you not guilty?
15   THE DEFENDANT: Yes, Your Honor.
16   THE COURT: Has anyone promised you any reward or
17   favor to get you to plead guilty?
18   THE DEFENDANT: No, Your Honor.
19   THE COURT: Has anyone threatened you, forced you, or
20   coerced you to make you plead guilty?
21   THE DEFENDANT: No, Your Honor.
22   THE COURT: All right. What would the State expect to
23   show?
24   MR. GANN: Your Honor, the State would expect that the
25   evidence would be that on or about April 4, 2018, at

1   6409 Deramus Avenue, Jeffrey Parker called 911 and
2   threatened to commit suicide. Ben Darby, who was a
3   Huntsville police officer at the time, responded to the
4   scene and confronted Mr. Parker. Mr. Parker had a gun
5   pointed to his head. Mr. Darby ordered Mr. Parker to drop
6   the gun. Parker refused. And Mr. Darby recklessly shot
7   Parker with a shotgun, causing his death.
8       All of these events occurred in Madison County.
9       THE COURT: Mr. Darby, to the charge of manslaughter,
10  with regard to the facts just stated, how do you plead?
11      THE DEFENDANT: Guilty, Your Honor.
12      THE COURT: Are you pleading guilty because you are,
13  in fact, guilty?
14      THE DEFENDANT: Yes, Your Honor.
15      THE COURT: Mr. Lough and Mr. Tuten, are you satisfied
16  there is a factual basis for his plea?
17      MR. TUTEN: Judge, there is a real fine line
18  between recklessness and self-defense.
19      THE COURT: I need the answer to the question I asked,
20  and that's all I want the answer to.
21      MR. TUTEN: I'm getting to your answer.
22      But there is a scenario, Your Honor, where this is
23  reckless. And there is a factual basis, yes.
24      MR. LOUGH: Yes, Your Honor.
25      THE COURT: All right. Then, based on your plea of

1   guilty, the Court adjudges you guilty.
2         And I am going to follow the Plea Agreement that you
3   have entered.
4         But is there anything else you want to say before
5   sentence is imposed?
6         MR. LOUGH:  No, Your Honor.
7         THE COURT:  Anything further from the State --
8         MR. GANN:  No, Your Honor.
9         THE COURT:  -- other than what is in the Plea
10  Agreement?
11        MR. GANN:  Yes, sir.
12        THE COURT:  I am going to impose what is referred to
13  as a reverse split, but I am going to sentence you to
14  twenty years in the state penitentiary, and I am going to
15  split that to three years, with the credit given for the
16  time that you have already served in this matter.  However,
17  you will be placed on state probation for a period of three
18  years.  During that probationary period, that sentence will
19  be suspended.
20        A sentencing order will be entered, which contains the
21  fines and other things you have agreed to as part of this
22  Plea Agreement.
23        It also appears that you have agreed to waive your
24  right to appeal.
25        Do you understand you have the right to appeal?

```
 1            THE DEFENDANT:  Yes, Your Honor.
 2            THE COURT:  Are you telling me you knew you had that
 3    right and that you voluntarily waive that right here today?
 4            THE DEFENDANT:  Yes, Your Honor.
 5            THE COURT:  All right.  Anything further from the
 6    State?
 7            MR. GANN:  No, Your Honor.
 8            THE COURT:  Mr. Tuten?
 9            MR. TUTEN:  No, sir.
10            THE COURT:  Mr. Lough?
11            MR. LOUGH:  No, Judge.
12            THE COURT:  All right.  You need to instruct your
13    client to go to the state probation office and get set up
14    for his first appointment there.
15            MR. TUTEN:  Judge, he is supposed to be a pallbearer
16    at a funeral this afternoon.
17            Is it okay if he does this Monday?
18            THE COURT:  He can go Monday.
19            THE DEFENDANT:  Thank you, Your Honor.
20            MR. GANN:  Thank you, Judge.
21            THE COURT:  Thank you all.
22
23
24
25
```

Chrystal Privett, ACCR 331
Official Court Reporter

C E R T I F I C A T E

STATE OF ALABAMA )
                 )
COUNTY OF MADISON )

    I, Chrystal Privett, do hereby certify that the foregoing proceeding held in case Number CC-18-3238, styled State of Alabama vs. William Darby, was taken stenographically by me at the time and place stated heretofore; that the transcript is true and accurate to the best of my knowledge, skill, and ability, after being reduced to transcript form with the aid of a computer.

    I further certify that I have no interest in the matter stated heretofore and I am neither of kin nor of counsel to any of the parties thereto.

    IN WITNESS WHEREOF, I have hereunto set my hand on this 21st day of March, 2024.

_____
Chrystal Privett, Court Reporter and
Notary Public, State of Alabama at Large
ACCR License No. 331

Chrystal Privett, ACCR 331
Official Court Reporter